SARAH L. J. TOMPKINS, as Administratrix of the Estate of JOHN TOMPKINS, Deceased, Appellant, *v.* CHARLES L. WILLIAMS et al., Respondents.

*Tompkins* v. *Williams*, 137 App. Div. 521, affirmed.
(Submitted November 22, 1912; decided December 10, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 28, 1910, which reversed an order of Special Term denying a motion to cancel a judgment and vacate an execution issued thereon and granted such motion.

*Edwin D. Wagner* for appellant.

*C. L. Andrus* for respondents.

Order affirmed, with costs, on opinion of KELLOGG, J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.